UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.  _____

PATRICIA CUNNINGHAM,

     Plaintiff,

v.

HOLOGIC, INC.,

     Defendant.

_____/

## **NOTICE OF REMOVAL**

Defendant HOLOGIC, INC. ("Defendant"), by and through the undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby removes this action from the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida, where the action is now pending, to the United States District Court for the Southern District of Florida.  The removal of this action is based upon the following:

1.     On or about July 18, 2022, Plaintiff PATRICIA CUNNINGHAM ("Plaintiff") filed a civil action in the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida, entitled *Patricia Cunningham v. Hologic, Inc.,* Case No. CACE-22-010446 (hereinafter referred to as the "State Court Action").

2.     Plaintiff's Complaint contains the following causes of action against Defendant: (1) age discrimination in violation of Title VII of the Civil Rights Act of 1964 ("Title VII") (Count I); and (2) age discrimination in violation of the Florida Civil Rights Act ("FCRA") (Count II).

3. This action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. §1331, because Plaintiff has asserted a federal claim under Title VII. This Court has supplemental jurisdiction over Plaintiff's FCRA claim pursuant to 28 U.S.C. §1367(a).

4. On July 28, 2022, the undersigned counsel received, signed, and returned a proper waiver of service form on behalf of Defendant. This constituted Defendant's first legal notice of the State Court Action for purposes of removal. Thus, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), within thirty-days (30) from the date on which Defendant received notice of the State Court Action.

5. For the reasons stated above, this action is removable to this Court pursuant to the provisions of 28 U.S.C. §§ 1331, 1441.

6. The District and Division embracing the place where such action is pending is the United States District Court for the Southern District of Florida, Ft. Lauderdale Division. *See* 28 U.S.C. § 1441(a). The Southern District, Ft. Lauderdale Division is the appropriate venue because Plaintiff alleges that the actions at issue took place in Broward County, Florida.

7. A true and correct copy of all process, pleadings, orders and other papers or exhibits of every kind currently on file in the State Court Action are attached hereto as Composite Exhibit A, as required by 28 U.S.C. § 1446(a).

8. Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written Notice of the Removal to Plaintiff and have filed a copy of this Notice of Removal in the Circuit Court of the 17th Judicial Circuit, in and for Broward County, Florida. A copy of Defendant's Notice of Filing Notice of Removal is attached hereto as Exhibit B.

DATED this 26th day of August 2022.

Respectfully submitted,

LITTLER MENDELSON, P.C.
Wells Fargo Center
333 S.E. 2nd Avenue, Suite 2700
Miami, Florida  33131
Tel:  (305) 400-7500
Fax: (305) 603-2552

By: */s/ Aaron Reed*
     Aaron Reed
     Florida Bar No. 0557153
     E-mail: *areed@littler.com*

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26th day of August 2022,  a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below, and also via any additional manner noted below.

*/s/ Aaron Reed*
     Aaron Reed

## SERVICE LIST

Allison B. Duffie
E-mail: *allison@duffie.law*
DUFFIE LAW, PLLC
2234 N. Federal Highway, Suite 1196
Boca Raton, Florida 33431
Tel: (561) 440-8150
***Counsel for Plaintiff***
***Served via CM/ECF and via E-mail***

4877-7577-8090.1